UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIESHA RENEE THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>KEVIN K. MCALEENAN,<br><br>    Defendant. | Case No. 19-cv-05712-VC<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

The government has filed a renewed motion to dismiss, and Thomas has not filed a brief in opposition to the motion. Thomas is therefore ordered to show cause why the case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). Any response to this order, and any response to the motion to dismiss, must be filed within 21 days of this order. Otherwise, the case will be dismissed.

The hearing scheduled for April 23, 2020, is vacated.

**IT IS SO ORDERED.**

Dated: April 20, 2020

VINCE CHHABRIA
United States District Judge